1  Glenn I. Chernigoff, DC Bar No. 488500
2  gchernigoff@cftc.gov
   Timothy M. Kirby, Illinois Bar No. 6289944
3  Luke B. Marsh, DC Bar No. 475635
4  Gretchen L. Lowe, DC Bar No. 421995
   Commodity Futures Trading Commission
5  1155 21st Street, N.W.
6  Washington, D.C. 20581
   Telephone: (202) 418-5000
7  Facsimile: (202) 418-5523
8
9  Kent Kawakami, CA Bar No. 149803
   United States Attorney's Office
10 Civil Division
11 300 North Los Angeles Street, Room 7516
   Los Angeles, CA 90012
12 Telephone: (213) 894-4858
13 Facsimile: (202) 894-2380
14
   Attorneys for Plaintiff United States
15 Commodity Futures Trading Commission

16

## United States District Court
### Central District of California
#### Southern Division

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | ) Civil No.: **SACV08-01352 AG (RNBx)** <br> ) <br> ) **Order To Show Cause Re:** <br> ) **Preliminary Injunction** |
| Plaintiff, | |
| v. | |
| Paul Abad, Thirteen Thirty-Two, Inc., and Thirteen Thirty-Two, Inc. dba "MRTS Asset Management," | |
| Defendants. | |

Order To Show Cause Re: Preliminary Injunction - 1

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and to Rule 65-1 of the Local Rules of this Court, Defendants shall appear before the Honorable ANDREW J. GUILFORD, United States District Judge, on DECEMBER 10, 2008, at 5:00 ~~a.m.~~/p.m. in order to show cause, if any, why the Court should not grant the application of Plaintiff for a preliminary injunction.

Defendants shall file any argument or evidence in opposition to Plaintiff's application on or before DECEMBER 5, 2008 Defendants shall serve all such argument or evidence on Plaintiff by hand-delivering it to the United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, CA 92701-4599, **and** sending e-mail or telephonic notice of that hand-delivery to plaintiff's counsel, Glenn Chernigoff, at gchernigoff@cftc.gov and (202) 418-5523, or by sending it overnight mail to Glenn Chernigoff, CFTC, 1155 21st St., N.W., Washington, D.C. 20581.

Order To Show Cause Re: Preliminary Injunction - 2

SO ORDERED, on the **1ST** day of **DECEMBER**, 2008.

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

Order To Show Cause Re: Preliminary Injunction - 3